NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WONDERLAND SWITZERLAND AG,**
*Plaintiff-Appellant*

v.

**EVENFLO COMPANY, INC.,**
*Defendant-Appellee*

---

2023-1947

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01990-RGA, Judge Richard G. Andrews.

---

Before LOURIE, *Circuit Judge.*

**O R D E R**

On April 19, 2023, the district court issued an order denying Wonderland Switzerland AG's motion pursuant to Rule 60(a) of the Federal Rules of Civil Procedure. Wonderland has appealed and notifies the court of its motion pending before the district court for clarification or reconsideration of the April 19, 2023, order.

Upon consideration thereof,

IT IS ORDERED THAT:

2   WONDERLAND SWITZERLAND AG v. EVENFLO COMPANY, INC.

    The briefing schedule is stayed. Within seven days of the entry of the district court's ruling on the motion, the parties are directed to inform the court as to how they believe this appeal should proceed.

FOR THE COURT

July 5, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court