# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 23-1947

**Short Case Caption** Wonderland Switzerland AG v. Evenflo Company, Inc.

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

23-1947

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 07/14/2025

Signature: /s/ Shamita Etienne-Cummings
Name: Shamita Etienne-Cummings
Party Name: Wonderland Switzerland AG

Date: 07/14/2025

Signature: /s/ Lauren E. Douville
Name: Lauren E. Douville
Party Name: Evenflo Company, Inc.

☐ Additional pages attached